IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Fabrica la Estrella S.A. de C.V., | ) | C.A. No. 6:05-466-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Miguel A. Banda, Bantex International, | ) | |
| Inc., and Coker International, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Fabrica la Estrella S.A. de C.V.'s motion to alter or amend the judgment to clarify that the judgment includes post-judgment interest on the pre-judgment interest awarded by this court.  Having considered the motion, the court hereby amends the judgment to read as follows:

> Ordered, Adjudged and Decreed that plaintiff recover of the defendant, Coker International, LLC, the amount of Three Hundred Thousand and No/100 ($300,000.00) Dollars plus prejudgment interest thereon at the rate of 8.75% from March 13, 2006, to the date of judgment on January 23, 2007.  The entire amount of this judgment shall be subject to post-judgment interest as a matter of law at the rate of 5.08% per annum from the date of the judgment until paid.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
February 2, 2007